IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. SOUTHWOOD HOLDING LLC

    Plaintiff,

v.

                                        Case No. 8:19-cv-2761-SCB-SPF

BENZER FRANCHISING, et al.

    Defendants.
_____/

## **GOVERNMENT'S NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE**

The United States of America respectfully files this Notice consenting to the dismissal of this action without prejudice as to the United States. The *qui tam* Relator filed a notice of voluntary dismissal on May 2, 2023. Under 31 U.S.C. § 3730(b)(1) of the False Claims Act, dismissal of an action brought on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act requires the written consent of the Attorney General.

Accordingly, the United States hereby notifies the Court that the United States consents to the dismissal of the action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to monitor the claims based on currently available

information.

                        Respectfully submitted,

                        ROGER B. HANDBERG
                        United States Attorney

By: */s/ Michael R. Kenneth*
     MICHAEL R. KENNETH
     Assistant United States Attorney
     Florida Bar No. 44341
     400 North Tampa Street, Suite 3200
     Tampa, Florida 33602
     Telephone:  813-274-6000
     Facsimile:   813-274-6198
     E-Mail:  michael.kenneth@usdoj.gov

### Certificate of Service

I hereby certify that on May 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a copy to counsel of record.

                        */s/ Michael R. Kenneth*
                        MICHAEL R. KENNETH
                        Assistant United States Attorney